# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00854-CV

**Mehmet Nuri Davarci, Appellant**

**v.**

**Polaris TX22A, LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-25-003801, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

We will dismiss this appeal for want of prosecution. Mehmet Nuri Davarci sued landlord Polaris TX22A, LLC for violations of the Texas Property Code and breach of contract. The trial court issued a take-nothing judgment on Davarci's claims. The clerk's record was filed on December 3, 2025, and the court reporter on December 9, 2025, informed this Court that no reporter's record was taken. By letter dated January 30, 2026, this Court's clerk notified the parties that appellant's brief had been due January 8, 2026, and that no brief had been filed. The clerk stated that, if appellant did not file brief or motion for extension of time to file that brief on or before February 9, 2026, this appeal would be subject to dismissal for want of prosecution.

No appellant's brief or motion for extension of time to file a brief has been filed. We dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Prosecution

Filed:   February 20, 2026